UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. CR 14-25 SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | INFORMATION |
| v. | ) | 18 U.S.C. § 1589 |
| | ) | |
| TIEU TRAN, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Forced Labor)

From on or about June 2008 through on or about November 2009, in the State and District of Minnesota, the defendant,

**TIEU TRAN,**

did knowingly provide and obtain the labor and services of a person, D.N., by any one of, or by any combination of, the following means:

(A) by means of force, threats of force, physical restraint, or threats of physical restraint to that person or another person;

(B) by means of serious harm or threats of serious harm to that person or another person;

(C) by means of the abuse or threatened abuse of law or legal process; or

(D) by means of any scheme, plan, or pattern intended to cause the person to believe that, if that person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint;

SCANNED
JAN 2 2 2014
U.S. DISTRICT COURT ST. PAUL

in violation of Title 18, United States Code, Section 1589.

Dated: 1/21/14

JOHN R. MARTI
Acting United States Attorney

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

BY: David P. Steinkamp
Assistant U.S. Attorney
Attorney ID No. 178470


BY: William E. Nolan
Trial Attorney
Civil Rights Division